UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
ELECTRONICALLY FILED

KEISHA N. NILES AND WILLIAM CHRISTOPHER
NILES, PERSONAL REPRESENTATIVES OF THE
ESTATE OF D.C.N., A DECEASED INFANT

AND

KEISHA N. NILES AND WILLIAM CHRISTOPHER
NILES, IN THEIR INDIVIDUAL CAPACITIES AS
PARENTS OF D.C.N., A DECEASED INFANT                           PLAINTIFFS

VS.                                       CASE NO. 4:09-CV-00061-JHM-ERG

OWENSBORO MEDICAL HEALTH SYSTEM, INC.,
EMERGENCY PHYSICIANS GROUP, P.S.C.,
RADIOLOGY IMAGING CONSULTANTS, S.C.,
LOUISVILLE RADIOLOGY IMAGING CONSULTANTS,
PLLC, OWENSBORO PEDIATRICS, PLLC, MICHAEL
F. YEISER, M.D., JOHN D. LAUZON, M.D., THE WOMEN'S
PAVILION, P.S.C., CHARLES F. HOBELMANN, III, M.D.,
MARIA SMITH, M.D., AND PAUL R. ROSEL, M.D.              DEFENDANTS

**AGREED ORDER OF DISMISSAL, WITH PREJUDICE
AS TO MICHAEL F. YEISER, M.D., JOHN D. LAUZON, M.D.,
AND OWENSBORO PEDIATRICS, PLLC**

By agreement between Plaintiffs, Keisha N. Niles and William Christopher Niles, Personal Representatives of the Estate of D.C.N., a deceased infant, and Keisha N. Niles and William Christopher Niles, in their individual capacity, and Defendants, Michael F. Yeiser, M.D., John D. Lauzon, M.D., and Owensboro Pediatrics, PLLC, and with the Court being sufficiently advised, it is ORDERED AND ADJUDGED as follows:

1.      All claims, demands, actions, or causes of action asserted herein, or which could have been asserted herein, by Plaintiffs, Keisha N. Niles and William Christopher Niles, Personal Representatives of the Estate of D.C.N., a deceased infant, and Keisha N. Niles and William

Christopher Niles, in their individual capacity, against Defendants, Michael F. Yeiser, M.D., John D. Lauzon, M.D., and Owensboro Pediatrics, PLLC, shall be, and they are hereby, DISMISSED, with prejudice;

    2.    Each party shall bear their own costs heretofore incurred;

    3.    This dismissal shall be, and it is hereby, limited to the claims asserted, or which could have been asserted, by Plaintiffs against Michael F. Yeiser, M.D., John D. Lauzon, M.D., and Owensboro Pediatrics, PLLC, and this Dismissal shall not apply to the remaining claims being asserted by Plaintiffs against the remaining Defendants herein; and

    4.    This is a final and appealable order and there is no just cause for delay.

SO ORDERED

HAVE SEEN/AGREED TO:

s/ Evan Taylor
George Barnett
Attorney for Plaintiffs


s/ Frank Stainback
Frank Stainback
Attorney for the Owensboro Pediatric Defendants

TENDERED BY:

s/Frank Stainback
Frank Stainback
Sullivan, Mountjoy, Stainback & Miller, P.S.C.
100 St. Ann Street, P.O. Box 727
Owensboro, KY  42302-0727
Attorney for Michael F. Yeiser, M.D.,
John D. Lauzon, M.D. and Owensboro
Pediatrics, PLLC


Copies to:  Counsel of record