IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KEISHA N. NILES and WILLIAM
CHRISTOPHER NILES, et al.

        Plaintiffs

v.                                        NO: 4:09-CV-00061-JHM-ERG

MARIA E. SMITH, M.D. and THE
WOMEN'S PAVILION, et al

        Defendants

## DEFENDANTS, MARIA E. SMITH, M.D. AND THE WOMEN'S PAVILION'S, ABBREVIATED DEPOSITION TESTIMONY OF DR. CHABON AND DR. HALBERSTADT

        Come the Defendants, Maria E. Smith, M.D. and The Women's Pavilion, by counsel, and, after reviewing the Designations of the depositions of Robert Chabon, M.D. and Gary Halberstadt, D.O. made by all parties as well as the Court's rulings on objections made to same, and after having excerpted all allowed designations of both depositions and incorporated them into abbreviated transcripts, state that the attached testimony may be read to the jury during the presentation of evidence on behalf of Defendants, Maria E. Smith, M.D. and The Women's Pavilion.

        Abbreviated Testimony of Robert Chabon, M.D. (attached as Exhibit 1)

        Abbreviated Testimony of Gary Halberstadt, D. O. (attached as Exhibit 2)

Respectfully submitted,

s/ Tracy S. Prewitt
Tracy S. Prewitt Esq.
Casey A. Krill Esq.
O'BRYAN, BROWN & TONER, PLLC
Suite 1500, Starks Building
455 S. Fourth Street
Louisville, Kentucky 40202
tprewitt@obtlaw.com
krillc@obtlaw.com
Phone: (502) 585-47002
*Counsel for Maria E. Smith, M.D. and*
*The Women's Pavilion*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2011, a copy of the foregoing Motion was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Counsel on record as follows:

Evan Taylor
2207 Frederica Street
Owensboro, KY 42301
*Counsel for Plaintiff*

George C. Barnett
Barnett, LLC
415 SE First Street
Evansville, IN 47708
*Co-Counsel for Plaintiff*

Scott Whonsetler, Esq.
Jason E. Taylor, Esq.
*Whonsetler & Johnson, PLLC*
6011 Brownsboro Park Boulevard
Suite E
Louisville, KY  40207
*Counsel for Emergency Physicians Group,*
*P.S.C. and Charles F. Hobelmann, III, MD*

s/ Tracy S. Prewitt
Tracy S. Prewitt