UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:09cv-61M

KEISHA N. NILES and WILLIAM CHRISTOPHER NILES
Personal Representatives of the Estate of D.C.N., a
Deceased infant; and
KEISHA N. NILES and WILLIAM CHRISTOPHER NILES
in their individual capacities as parents of D.C.N. a
deceased infant                                                                                                    PLAINTIFFS

v.

OWENSBORO MEDICAL HEALTH SYSTEM, INC;
EMERGENCY PHYSICIANS GROUP, P.S.C.;
RADIOLOGY IMAGING CONSULTANTS, S.C.;
LOUISVILLE RADIOLOGY IMAGING CONSULTANTS, PLLC;
OWENSBORO PEDIATRICS, PLLC;
THE WOMEN'S PAVILION, P.S.C.;
MICHAEL F. YEISER, MD;
JOHN D. LAUZON, MD;
CHARLES F. HOBELMANN, III, MD;
MARIA E. SMITH, MD;
PAUL R. ROSEL, MD;                                                                                                 DEFENDANTS

### AGREED ORDER OF DISMISSAL, WITH PREJUDICE
### AS TO OWENSBORO MEDICAL HEALTH SYSTEM, INC.

By agreement between the Plaintiffs, Keisha N. Niles and William Christopher Niles, Personal Representatives of the Estate of D.C.N., a deceased infant, and Keisha N. Niles and William Christopher Niles, in their individual capacity, and Defendant, Owensboro Medical Health System, Inc., and with the Court being sufficiently advised, it is ORDERED AND ADJUDGED as follows:

    1.    All claims, demands, actions, or causes of action asserted herein, or which could have been asserted herein, by Plaintiffs, Keisha N. Niles and William

        Christopher Niles, Personal Representatives of the Estate of D.C.N., a deceased infant, and Keisha N. Niles and William Christopher Niles, in their individual capacity against Defendant, Owensboro Medical Health System, Inc., shall be, are they are hereby DISMISSED, with prejudice.

2. Each party shall bear their own costs heretofore incurred;

3. This dismissal shall be, and it is hereby, limited to the claims asserted, or which could have been asserted by Plaintiffs against Defendant, Owensboro Medical Health System, Inc., and this Dismissal shall not apply to the remaining claims being asserted by the Plaintiffs against the remaining Defendants herein; and

4. This is a final and appealable Order and there is no just cause for delay.

Having Seen and Agreed:

  /s/  William K. Burnham  
Ronald G. Sheffer  
William K. Burnham  
National City Tower, Suite 1450  
101 South Fifth Street  
Louisville, Kentucky 40202  
*Counsel for Defendant,*  
*Owensboro Medical Health System, Inc.*

/s/ George Barnett (with permission)  
George Barnett, Esq.  
415 S.E. First Street  
Evansville, IN 47713  
*Co-Counsel for Plaintiffs*

Evan Taylor, Esq.  
2207 Frederica Street  
Owensboro, KY 42301  
*Co-Counsel for Plaintiffs*

Copies to:  Counsel of record