IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:09-CV-61-M

ELECTRONICALLY FILED

**KEISHA N. NILES and WILLIAM CHRISTOPHER NILES,**
**Personal Representatives of the Estate of**
**DAYLIN CHRISTOPHER NILES, a deceased infant,**
**and**
**KEISHA N. NILES and WILLIAM CHRISTOPHER NILES,**
**in their individual capacities as parents of**
**DAYLIN CHRISTOPHER NILES, a deceased infant,**                     PLAINTIFFS

v.

**OWENSBORO MEDICAL HEALTH SYSTEM, INC.;**
**EMERGENCY PHYSICIAN GROUP, P.S.C.;**
**RADIOLOGY IMAGING CONSULTANTS, S.C.;**
**LOUISVILLE RADIOLOGY IMAGING CONSULTANTS, PLLC;**
**OWENSBORO PEDIATRICS, PLLC;**
**THE WOMEN'S PAVILION, P.S.C.;**
**MICHAEL F. YEISER, M.D.;**
**JOHN D. LAUZON, M.D.;**
**CHARLES F. HOBELMANN, III, M.D.;**
**MARIA E. SMITH, M.D.; and**
**PAUL R. ROSEL, M.D.**                                               DEFENDANTS

---

**AGREED ORDER OF DISMISSAL -- SETTLED**

---

Defendants, Paul R. Rosel, M.D., Radiology Imaging Consultants, S.C., and Louisville Radiology Imaging Consultants, PLLC having agreed with Plaintiffs', Keisha N. Niles and William Christopher Niles, Personal Representatives of the Estate of Daylin Christopher Niles, a deceased infant and Keisha N. Niles and William Christopher Niles in their individual capacities as parents of Daylin Christopher Niles, a deceased infant, to resolve the claims asserted in this

case and that the dismissal of Plaintiffs' Complaint is appropriate as against these Agreeing Defendants and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiffs' Complaint against Paul R. Rosel, M.D., Radiology Imaging Consultants, S.C., and Louisville Radiology Imaging Consultants, PLLC, be and hereby is DISMISSED in its entirety with prejudice.

Claims against all other Defendants will continue and are not affected by this Agreed Order.

There being no reason for delay, this is a final and appealable order.

Having seen and agreed:

/s/ George Barnett – *with permission*
George Barnett
*Co-Counsel for Plaintiff*

/s/ Nicholas K. Haynes
Nicholas K. Haynes
*Counsel for Defendants,*
*Paul R. Rosel, M.D.,*
*Radiology Imaging Consultants, S.C., and*
*Louisville Radiology Imaging Consultants, PLLC*

Distribution: All Counsel of Record