## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**CIVIL ACTION NUMBER: 4:09CV-61-M**

**KEISHA N. NILES, ET AL.**                                                   **PLAINTIFFS**

vs.

**MARIA SMITH, M.D., ET AL.**                                                 **DEFENDANTS**

*******************************

## **JUDGMENT**

■     **Jury Verdict.**

This action came before the Court for a trial by jury on August 15, 16, 17, 18, 23, 25 and 26, 2011. The issues have been tried and the jury has rendered its verdict in favor of the Defendants, Maria E. Smith, M.D., The Women's Pavilion, P.S.C., Charles F. Hobelmann, III, M.D., and Emergency Physicians Group.

**IT IS ORDERED AND ADJUDGED** that all claims asserted herein by the Plaintiffs, Keisha N. Niles and William Christopher Niles, Personal Representatives of the Estate of D.C.N. and in their Individual Capacities as Parents of D.C.N. ("Plaintiffs"), are hereby **DISMISSED with prejudice.** The above-named Defendants shall recover from the Plaintiffs their costs of action.

Copies to:     Counsel of record